UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
JOANNE FRASURE,                         :
                                        :
    Plaintiff                           :
                                        :       CIV. NO: 3-00-cv-2407 (WIG)
v.                                      :
                                        :
TOGO D. WEST, SECRETARY OF              :
VETERANS AFFAIRS,                       :
                                        :
    Defendant                           :
---------------------------------------------------------

### ORDER FOR ADDITIONAL BRIEFING

    Upon review of the pending motion for summary judgment, the Court finds it has insufficient information and legal authority upon which to base its decision. In the additional briefing, the parties should disclose further information about Ms. Frasure's abandonment of the union grievance process and any action taken by the grievance board. On the current record, the Court is left to speculate about whether Ms. Frasure would have been able to attain redress of her grievance in the union grievance remedy process. Furthermore, the parties should address - and cite to relevant legal authority - whether the promotion to Lead Medical Clerk is an "appointment" within the meaning of 5 U.S.C. § 7121(c)(4), which appears expressly to bar the grieving of appointments. The parties should address whether Ms. Frasure's claims are barred by the election of remedies defense even if her union complaint was not grievable and the grievance board lacked jurisdiction over her complaint. Finally, the parties should address whether, assuming Ms. Frasure's initial complaint is barred by the election of remedies defense, she may still pursue a claim for subsequent retaliation.

**CONCLUSION**

The parties shall file additional briefs within twenty-one (21) days of the date of this order.

So ordered this 23rd day of July, 2004, at Bridgeport, Connecticut.

                                                    */S/ William I. Garfinkel*
                                                    William I. Garfinkel
                                                    United States Magistrate Judge