UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOANNE E. FRASURE, | : |
| Plaintiff, | : CIVIL NO. 3:00CV2407(WIG) |
| v. | : |
| ANTHONY J. PRINCIPI | : |
| Secretary, Department of Veterans Affairs | : JULY 30, 2004 |
| | : |
| Defendant. | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE ADDITIONAL BRIEFING**

    On July 23, 2004, the Court ordered additional briefing on several issues raised in the defendant's summary judgment motion and plaintiff's response thereto.  The Court ordered that the parties file their additional briefs by August 13, 2004, 21 days from the date of the order.

    The parties jointly request an additional period of 30 days, up to and including September 13, 2004, to submit their respective reply briefs.  The additional time is necessary to consult with witnesses and to further research and respond to the issues noted by the Court.

In addition, counsel for the defendant is preparing an appellate brief due on August 13, 2004, and will be out of the office on military leave from August 15th through August 26th.

Accordingly, the parties request that this motion be granted. This is the first motion for enlargement of time with respect to the Court's Order for Additional Briefing.

                                          Respectfully submitted,

                                          KEVIN J. O'CONNOR
                                          UNITED STATES ATTORNEY

                                          WILLIAM M. BROWN, JR.
                                          ASSISTANT U.S. ATTORNEY
                                          157 Church Street
                                          New Haven, Connecticut  06510
                                          (203)821-3810
                                          Fed. Bar No. ct20813
                                          william.m.brown@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have, this 30th day of July, 2004, served upon the person listed below a copy of the foregoing by regular mail, postage pre-paid:

Thomas W. Bucci, Esq.
Willinger, Willinger, & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Counsel for plaintiff

_____
WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY

3