UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOANNE E. FRASURE, | : | |
| Plaintiff, | : | CIVIL NO. 3:00CV2407(WIG) |
| v. | : | |
| ANTHONY J. PRINCIPI,<br>SECRETARY OF VETERANS AFFAIRS, | : | |
| Defendant. | : | JANUARY 27, 2005 |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as attorney for the defendant, Anthony J. Principi, Secretary of Veteran's Affairs, in the above-captioned case.

Dated at Hartford, Connecticut on January 27, 2005.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 27th day of January, 2005, to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street, 5th Floor
Bridgeport, CT 06604

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY