```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

JOANNE E. FRASURE,                :

              Plaintiff,          :   CIVIL NO. 3:00CV2407(WIG)

v.                                :

ANTHONY J. PRINCIPI,              :
SECRETARY OF VETERANS AFFAIRS,

              Defendant.          :   JANUARY 27, 2005
```

### MOTION FOR WITHDRAWAL OF AUSA BROWN'S APPEARANCE

Because the above-captioned action has been re-assigned to Assistant United States Attorney Carolyn A. Ikari, AUSA William Brown respectfully requests that his appearance as counsel for the defendant in the above-entitled case be withdrawn. Assistant United States Attorney Carolyn A. Ikari has filed an appearance in this case.

```
                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                         By:  CAROLYN A. IKARI
                              ASSISTANT U.S. ATTORNEY

                         For: WILLIAM M. BROWN
                              ASSISTANT U.S. ATTORNEY
                              450 Main Street
                              Hartford, Connecticut  06103
                              (860) 947-1101
                              Fed. Bar No. ct13437
```

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing motion has been mailed, first-class, postage prepaid, on this 27th day of January, 2005, to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street, 5th Floor
Bridgeport, CT 06604

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY