UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOANNE E. FRASURE, | : | |
| Plaintiff, | : | CIVIL NO. 3:00CV2407(WIG) |
| v. | : | |
| A. JAMES NICHOLSON,[1] SECRETARY OF DEPARTMENT OF VETERANS AFFAIRS, | : | |
| Defendants. | : | MAY ___, 2005 |

**JOINT MOTION FOR**
**EXTENSION OF TRIAL MEMORANDUM DEADLINE**

The parties respectfully request a 15-day extension, up to and including June 15, 2005, for filing the joint trial memorandum. In support of this motion, the parties represent as follows:

1. This is a federal employment discrimination action arising from Plaintiff's former employment with the VA Connecticut Healthcare System, West Haven Campus. Plaintiff claims disability discrimination, including failure to accommodate, and reprisal. Issues include non-selection for promotion, working conditions, medical ability to work, and termination of employment.

2. On May 1, 2005, this Court granted in part and denied

---

[1] On February 1, 2005, A. James Nicholson was named Secretary of Veterans Affairs. His name is substituted here pursuant to Fed. R. Civ. P. 25(d)(1) and Defendant requests that the Court direct the Clerk to update the caption in the Court's records accordingly.

in part Defendant's motion for summary judgment.  Accordingly, the joint trial memorandum is due May 31, 2005.

    3.   Since the partial denial of the summary judgment motion, the parties have been discussing settlement of the case. Additional time is required for the parties to continue researching and conferring about settlement avenues.

    4.   The parties anticipate that by June 15, 2005, they will know whether a settlement conference would be appropriate.  By that date, the parties will either request referral to another magistrate judge for mediation or will propose a deadline for the joint trial memorandum.

    For the foregoing reasons, the parties respectfully request an extension of the deadline for filing the joint trial memorandum of 15 days, up to and including June 15, 2005.

                            Respectfully submitted,

                            PLAINTIFF, JOANNE E. FRASURE

DATE: _____        BY:   __/s/_____
                            THOMAS W. BUCCI
                            WILLINGER, WILLINGER & BUCCI, P.C.
                            855 MAIN STREET
                            BRIDGEPORT, CT  06604
                            (203) 366-3939
                            FEDERAL BAR # ct07805

```
                              DEFENDANT,
                              SECRETARY OF VETERANS AFFAIRS

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


DATE: 5/18/2005        BY:    ___/s/_____
                              CAROLYN A. IKARI
                              ASSISTANT U.S. ATTORNEY
                              450 Main Street, Room 328
                              Hartford, Connecticut  06103
                              (860) 947-1101
                              Fed. Bar No. ct13437
```

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this ___ day of May, 2005, to:

CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103


                         ___/s/_____
                            THOMAS W. BUCCI

- 3 -