UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOANNE E. FRASURE, | : | |
| Plaintiff, | : | CIVIL NO. 3:00CV2407(WIG) |
| v. | : | |
| A. JAMES NICHOLSON, SECRETARY OF DEPARTMENT OF VETERANS AFFAIRS, | : | |
| Defendants. | : | JUNE 15, 2005 |

**DEFENDANT'S MOTION FOR
EXTENSION OF TRIAL MEMORANDUM DEADLINE**

The defendant respectfully requests a 60-day extension, up to and including August 12, 2005, for filing the joint trial memorandum. In support of this motion, the defendant represents as follows:

1. This is a federal employment discrimination action arising from Plaintiff's former employment with the VA Connecticut Healthcare System, West Haven Campus. Plaintiff claims disability discrimination, including failure to accommodate, and reprisal. Issues include non-selection for promotion, working conditions, medical ability to work, and termination of employment.

2. On May 1, 2005, this Court granted in part and denied in part Defendant's motion for summary judgment. Pursuant to the scheduling order in this case, the joint trial memorandum was due May 31, 2005.

3. The parties' joint request for 15 additional days, up

to and including today, June 15, to determine whether referral to mediation is appropriate, was granted. The parties have decided not to request mediation at this time, but may do so in the future.

    4.   The defense of this case was transferred from AUSA William Brown to the undersigned AUSA while the motion for summary judgment was pending. Although I have some familiarity with this case, I was not the attorney who conducted discovery. I require additional time to review the file, locate witnesses, and adequately prepare the trial memorandum.

    5.   This is the second request to extend the deadline for filing the joint trial memorandum.

    6.   I conferred with Plaintiff's counsel, Thomas Bucci, and he does not object to this motion.

For the foregoing reasons, the defendant respectfully requests an extension of the deadline for filing the joint trial memorandum of 60 days, up to and including August 12, 2005.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY


                                BY: _____
                                    ANN M. NEVINS
                                    ASSISTANT U.S. ATTORNEY

                              FOR: CAROLYN A. IKARI
                                    ASSISTANT U.S. ATTORNEY
                                    450 Main Street, Room 328
                                    Hartford, Connecticut  06103
                                    (860) 947-1101
                                    Fed. Bar No. ct13437


## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 15th day of June, 2005, to:

THOMAS W. BUCCI
WILLINGER, WILLINGER & BUCCI, P.C.
855 MAIN STREET
BRIDGEPORT, CONNECTICUT  06604


                                BY: _____
                                    ANN M. NEVINS
                                    ASSISTANT U.S. ATTORNEY

                              FOR: CAROLYN A. IKARI
                                    ASSISTANT U.S. ATTORNEY