UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
JOANNE E. FRASURE,                           :

      Plaintiff,                              :   CIVIL ACTION NO.
                                                                  3:00cv2407 (WIG)

      v.                                                :

U.S. DEPARTMENT OF VETERAN        :
AFFAIRS,
                                                                    :

      Defendant.
---------------------------------------------------------x

## TRIAL SCHEDULING ORDER

      The Court hereby issues the following scheduling order:

      1.      The parties have already submitted their Joint Trial Memorandum.  Any additions or amendments thereto should be filed no later than December 1, 2005.

      2.      Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on **Tuesday, December 6, 2005, at 9:30 a.m.**  The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed.  A final pre-trial conference will be held at the conclusion of jury selection.

      3.      A four-day jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on **Wednesday, December 7, 2005, and continuing through December 12, 2005, beginning each day at 9:30 a.m.**

      4.      The deadlines established herein may not be modified by agreement of counsel.  These deadlines may be modified only by an order of the Court following a request for an

enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this __8th__ day of September, 2005, at Bridgeport, Connecticut.

/S/ William I. Garfinkel
William I. Garfinkel
U.S. Magistrate Judge