UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOANNE E. FRASURE, | : | Civil No. 3:00cv2407 (WIG) |
| Plaintiff, | : | |
| v. | : | |
| ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, | : | |
| | : | NOVEMBER 17, 2005 |
| Defendant. | : | |

## MOTION FOR CONTINUANCE

The plaintiff, Joanne Frasure, moves for a continuance of jury selection and the trial of this matter, respectively scheduled for December 6, 2005 and December 7, 2005, for personal reasons affecting the ability of the plaintiff's attorney to properly prepare for trial at this time. Plaintiff's counsel is prepared to discuss these personal reasons with the court in camera. Plaintiff's counsel has consulted with defendant's counsel and she has no objection to this request.

PLAINTIFF- JOANNE E. FRASURE

BY: /s/
Thomas W. Bucci, Esq.
Federal Bar # ct07805
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing Motion For Continuance was mailed via first-class U.S. mail, postage prepaid, on this 17th day of November, 2005, to:

Carolyn A. Ikari, Esq.
Fed. Bar No. ct13437
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, CT 06103
Tel: (860) 947-1101
Fax: (860) 240-3291 (fax)
Email: carolyn.ikari@usdoj.gov

Courtesy Copy to:

The Honorable William I. Garfinkel
United States Magistrate Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Thomas W. Bucci