UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
JOANNE E. FRASURE,                        :

        Plaintiff,                        :    CIVIL ACTION NO.
                                               3:00cv2407 (WIG)
   v.                                     :

U.S. DEPARTMENT OF VETERAN                :
AFFAIRS,
                                          :
        Defendant.
-------------------------------------------------------x
```

## TRIAL SCHEDULING ORDER

The Court hereby issues the following scheduling order:

1. The parties have already submitted their Joint Trial Memorandum. Any additions or amendments thereto should be filed no later than April 1, 2006.

2. Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on **Monday, April 10, 2006, at 9:30 a.m.** The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed. If a pre-trial conference is needed, counsel should contact Chambers to schedule this prior to April 10, 2006.

3. A four-day jury trial will begin immediately following jury selection before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on **Monday, April 10, 2006, and continuing through Arpil 13, 2006, beginning each day at 9:30 a.m.**

4. The deadlines established herein may not be modified by agreement of counsel.

These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this   13th   day of January, 2006, at Bridgeport, Connecticut.

>/S/ William I. Garfinkel
>William I. Garfinkel
>U.S. Magistrate Judge