UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOANNE E. FRASURE, | : | Civil No. 3:00cv2407 (WIG) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI, | : | |
| SECRETARY OF VETERANS | : | |
| AFFAIRS, | : | |
| Defendant. | : | APRIL 6, 2006 |

**PLAINTIFF'S REVISED
LIST OF WITNESSES**

The plaintiff inadvertently omitted listing the plaintiff as a witness in the trial of this matter. Therefore, the plaintiff submits the following revised list of witnesses.

1. Joanne E. Frasure, Merritt Island, Florida; the plaintiff will testify concerning her employment with the V.A., the events surrounding the termination of her employment, her disability and the false charges of misconduct to which she had been subjected. She will also testify as to the emotional and economic injuries she suffered as a result of the defendant's unlawful behavior.

2. Linda M. Titus, address presently unknown; Ms. Titus is expected to testify as an adverse witness concerning the events leading to as well as the reason behind the plaintiff's termination. Ms. Titus will also be questioned as to the reasons she took no disciplinary

       action against the plaintiff in light of her accusations that the plaintiff had been guilty of numerous incidents of misconduct. Ms. Titus will also be questioned regarding the accommodations that had been provided the plaintiff, which were later withdrawn. Additionally, Ms. Titus will be questioned regarding the allegations of wrongdoing of which she accused the plaintiff.

3. Bernadette R. Montano, address presently unknown; Ms. Montano is expected to testify as an adverse witness concerning the events leading to as well as the reason behind the plaintiff's termination. Ms. Montano will also be questioned regarding the accommodations that had been provided the plaintiff, which were later withdrawn. Further, Ms. Montano will be questioned about the claims that the plaintiff was terminated as a result of numerous acts of misconduct. Additionally, inquiry will be made of Ms. Montano as to the accuracy of the performance evaluations she prepared with regard to the plaintiff's job performance.

4.	Virginia L. Christensen, address presently unknown; Ms. Christensen will be questioned as an adverse witness regarding the role she played in the termination of the plaintiff's employment.

        PLAINTIFF- JOANNE E. FRASURE

        BY:_____
        Thomas W. Bucci, Esq.
        Federal Bar # ct07805
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel: (203) 366-3939
        Fax: (203) 337-4588
        Email: thomasbucci@earthlink.net

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the within and foregoing Plaintiff's Revised List of Witnesses was mailed via first-class U.S. mail, postage prepaid, on this 6th day of April 2006, to:

Carolyn A. Ikari, Esq.
Fed. Bar No. ct13437
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, CT  06103
Tel: (860) 947-1101
Fax: (860) 240-3291 (fax)
Email: carolyn.ikari@usdoj.gov

_____
Thomas W. Bucci, Esq.
Federal Bar # ct07805
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net