```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

JOANNE E. FRASURE,                  :

                  Plaintiff,        :   CIVIL NO. 3:00CV2407(WIG)

v.                                  :

R. JAMES NICHOLSON,                 :
SECRETARY OF VETERANS AFFAIRS,

                  Defendant.        :
```

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

Defendant respectfully submits this memorandum in opposition to the plaintiff's revised motion in limine. The motion should be denied. All of Defendant's exhibits designated with an "RF-" prefix are excerpts of a business record, the Plaintiff's removal folder, which has been properly authenticated by the Chief of Human Resources pursuant to Fed. R. Evid. 902. Moreover, these documents are introduced for purpose of establishing effect on the listener; therefore, they are not hearsay.

In the alternative, the motion in limine should be denied without prejudice, and evidentiary objections can be raised and ruled on in the course of the presentation of evidence at trial.

Defendant withdraws Exhibits VA-89 and VA-90, the chart rack and the photo of the chart rack.

```
                                   Respectfully submitted,

                                   KEVIN J. O'CONNOR
                                   UNITED STATES ATTORNEY


                                   CAROLYN A. IKARI
                                   ASSISTANT U.S. ATTORNEY
                                   450 Main Street
                                   Hartford, Connecticut  06103
                                   (860) 947-1101
                                   Fed. Bar No. ct13437
```

### **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been hand-delivered this 10th day of April, 2006, to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci
855 Main Street, 5th Floor
Bridgeport, CT 06604

```
                                   _____
                                   CAROLYN A. IKARI
                                   ASSISTANT UNITED STATES ATTORNEY
```