# United States District Court

DISTRICT OF _____

Joanne C. Frasure
v.
U.S. Dept of Veteran Affairs

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:00CV2407(WIG)

| | | | | | |
|---|---|---|---|---|---|
| **PRESIDING JUDGE** Wm. Garfinkel | | | **PLAINTIFF'S ATTORNEY** Thomas Bucci | **DEFENDANT'S ATTORNEY** Carolyn Ikari | |
| **TRIAL DATE(S)** 4-10-11-06 | | | **COURT REPORTER** S. Baldwin, M. Cornette | **COURTROOM DEPUTY** J. Barille, C. Sanders | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-10-06 | | | Linda Titus |
| ✓ | | 4-11-06 | | | Bernadette Montano, West Haven, CT (Head Nurse Mgr) |
| 1 | | | 4/11 | 4/11 | Transfer Form dated 2-1-95  B.M. |
| 12 | | | 4/11 | 4/11 | Medical Report dated 8-24-98 by Jonathan Graner M.D.  B.M. |
| 13 | | | 4/11 | 4/11 | Medical Report dated 2-25-99 by Jonathan Graner M.D.  B.M. |
| 14 | | | 4/11 | 4/11 | Medical Report dated 9-29-99 by Jonathan Graner M.D.  B.M. |
| 19 | | | 4/11 | 4/11 | Mail Messages Commencing 9-8-99  B.M. (same exh as def RF43) |
| 2 | | | 4/11 | 4/11 | Performance Evaluation Re Joanne Frasure 4-1-99 to 3-31-00  B.M. |
| 10 | | | 4/11 ID only | | Note |
| 3 | | | 4/11 | 4/11 | Performance Evaluation Re Joanne Frasure 4-1-98 to 3-31-99  B.M. |
| 9 | | | 4/11 | 4/11 | Notification of Personnel Action dated 4-1-99  B.M. |
| 16 | | | 4/11 | 4/11 | Proposed Reprimands dated 8-99 (same exh as def RF74)  B.M. |
| 23 | | | 4/11 | 4/11 | Proposed Removal signed by Linda Titus (same exh as def RF32)  B.M. |
| ✓ | | | | | Virginia Sweller (Christensen), Philadelphia, PA |
| 20 | | | 4/11 | 4/11 | Letter to Joanne E. Frasure dated 10-28-99  V.S. |
| 18 | | | 4/11 | 4/11 | Mail Messages Commencing 9-13-99  V.S. |
| 22 | | | 4/11 | 4/11 | Letter dated 12-18-99 from Nancy Cabanas to Joanne Frasure  V.S. |
| ~~23~~ | | | ~~~~ | ~~~~ | ~~~~  V.S. |
| 27 | | | 4/11 | 4/11 | Master Agreement (Dept of Veterans Affairs)  V.S. |
| 28 | | | 4/11 | 4/11 | Letter dated 12-21-99 to Ms Cabanas  V.S. |
| ✓ | | 4-11-06 | | | Joanne Frasure, Florida |
| 17 | | | 4/11 | 4/11 | Reprimand Received By Plaintiff on 9-2-99  J.F. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages

# United States District Court

DISTRICT OF _____

Joanne C. Frasure
v.
U.S. Dept of Veteran Affairs

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:00cv2407(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Thomas Bucci | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4-12-06 | S. Baldwin | Y. Gutierrez + J. Barille |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Joanne Frasure, Florida |
| 25 | | | 4/12 | 4/12 | Letter dated 5-12-00  J.F. |
| 29 | | | 4/12 ID only | | Letter |
| 6 | | | 4/12 | 4/12 | Report of Contact dated 10-1-96  J.F. |
| | ✓ | | | | Linda Sheehan, Orange, CT |
| 30 | | | 4/12 ID only | | Affidavit by Linda Sheehan  L.S. |
| | ✓ | | | | Gayatri Rao, Trumbull, CT |
| | ✓ | | | | Mirta Rosa, West Haven, CT |
| | ✓ | | | | Margaret Veazey, West Haven, CT |
| | ✓ | | | | Bernadette R. Montano, West Haven, CT |
| 4 | | | 4/12 | 4/12 | Performance Evaluation re Joanne Frasure 4-1-97 to 3-31-98 |
| 5 | | | 4/12 | 4/12 | " " " 4-1-96 to 3-31-97 |
| 7 | | | 4/12 | 4/12 | " " " 4-1-95 to 3-31-96 |
| 8 | | | 4/12 | 4/12 | " " " 2-6-95 to 5-6-95 |
| 11 | | | 4/12 | 4/12 | Medical Progress Notes from 8-18-97 to 10-20-97 |
| 15 | | | 4/12 | 4/12 | Disability Rating Decision dated 7-12-99 |
| 21 | | | 4/12 | 4/12 | Memo dated |
| 24 | | | 4/12 | 4/12 | Letter dated 4-13-00 |
| | | | | | All exhibits returned to Counsel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages