UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOANNE E. FRASURE,                  :

          Plaintiff,      :   CIVIL NO. 3:00CV2407(WIG)

v.                                  :

R. JAMES NICHOLSON,                 :
SECRETARY OF VETERANS AFFAIRS,

          Defendant.      :   APRIL 3, 2005

### DEFENDANT'S REVISED EXHIBIT LIST

Defendant hereby submits this revised exhibit list. Changes from the exhibit list submitted with the trial memo dated August 12, 2005 are noted in **bold face type**.

Defendant's Exhibits:

Note:     Social security numbers on all exhibits will be redacted prior to trial.

Exhibit RF.     Removal Folder, Joanne Frasure, VA Connecticut Healthcare System, West Haven, Connecticut.

*From left-hand side of Removal Folder:*

Exhibit RF-1.   One page print-out entitled "Nursing Service, Duty Station 689" containing "Personal Information" for Joanne E. Frasure, undated, **social security number redacted**.

Exhibit RF-2.   Routing and Transmi**tt**al Slip, dated May 4, 2000, entitled "Decision on Proposed Adverse Action, AFGE Employee," from "Virginia" and addressed to "Mr. McCool" and requesting that the enclosed letter (see next item below) be signed by him and routed to: 05B, 05, and 001 (Margo V.) and 00 for their approval.

Exhibit RF-3.   Undated and unsigned **two** page letter attached to routing slip above, addressed to Ms. Joanne E. Frasure, subject: removal. Routed on 05/4/00 and

|  |  |  |
|---|---|---|
|  |  | initialed by V. Christensen, 05B, 05, 001 (M. Veazey) and 00. |
|  | Exhibit RF-4. | One Page Routing and Transmittal Slip, dated January 21, 2000, entitled "AFGE Discipline or Proposed Action" from "V. Christensen" and addressed to "Service Chief (Line Manager)" routed to 05B, 05, 05B1 (Virginia Christensen) and 118. |
| 4/11/06 -full | Exhibit RF-5. | One page, undated and unsigned printout entitled "Analysis of Response to Proposed Removal" that contains the analyses of Rich Daniels and Virginia Christensen. V.S. |
| 4-11-06 full | Exhibit RF-6. | Undated three page letter signed by Linda M. Titus, R.N., highlighted and with hand-written corrections, addressed to Joanne E. Frasure, "Subject: Proposed Removal (30 Day Notice)" routed on 03/08/00 and initialed by V. Christensen, 05B, 05, 118 (L. Titus). Stamped "Human Resources Copy." V.S. |
|  | Exhibit RF-7. | Undated and unsigned three page letter on Department of Veterans Affairs letterhead, "Subject: Proposed Removal (30 Day Notice)," signature line for Linda M. Titus, R.N. and addressed to Joanne E. Frasure, highlighted and with hand-written corrections. |
|  | **Exhibit RF-7A.** | Two pages entitled "Office of Regional Counsel Memorandum" dated March 15, 2000, from Attorney, Office of Regional Counsel (02A). Subject: Proposed Removal - Joanne Frasure. To: Chief, Human Resources Management Service (05). Highlighted, with hand-written corrections. Signed by Kimberly Jacobs. [Document redacted **in part** on the ground of attorney-client privilege.] |
|  | Exhibit RF-8. | Two page letter dated December 21, 1999, from Thomas W. Bucci, Esq. to Ms. Nancy K. Cabanas, re: Joanne E. Frasure v. Dept. of Veterans Affairs. Yellow post-it note attached to first page with handwritten comments dated January 21, 2000. |
| Full -4-11-06 | Exhibit RF-9. | Three page letter, first page entitled "Proposed Removal: Joanne Frasure, page 3 of 3" with blank signature line for Linda M. Titus, routed 1/21/00 and initialed by V. Christensen, 05B, 05, 02 (Kim V.S. |

2

        Jacobs).  Not initialed by 118 (Linda Titus).
        Remaining two pages are page 1 and 2 of the letter
        addressed to Ms. Joanne E. Frasure.

Exhibit RF-10. One page print-out entitled Nursing Service, Duty
        Station 689, containing Position Information for
        Joanne E. Frasure, **social security number
        redacted.**

*[handwritten: 4-11-06 full]* Exhibit RF-11. One page unsigned and undated letter addressed to *[hw: V.S.]*
        Ms. Joanne E. Frasure, from Nancy K. Cabanas,
        Subj: Disability Retirement.  Routed on 12/3/99 to
        05B1, 05B, 05 and initialed by 05B1.

Exhibit RF-12. Yellow OF-41 Routing and Transmittal Slip dated
        10/18/99, routed to 05B, 05 and 05-Virginia, from
        Virginia.  Initialed by 05B only.

*[handwritten: 4/11/06 - full]* Exhibit RF-13. One page unsigned and undated letter, no *[hw: V.S.]*
        addressee, first line reads: "Acceptable medical
        information must include the following (checked)
        information:" Signature line for Nancy K. Cabanas,
        routed on 10/8/99 to 05B1, 05B, and 05 - initialed
        by 05B1 and 05B.

Exhibit RF-14. One page unsigned and undated form entitled
        "Release of Information" with signature line for
        Joanne E. Frasure.

Exhibit RF-15. One page unsigned and undated letter (first page
        only, no second page or signature line) addressed
        to Ms. Joanne E. Frasure, Subj: Determination of
        Ability to Perform Essential Duty Functions.

*From right-hand side of Removal Folder:*

Exhibit RF-16. Table of Contents, 1 pg.

*From section labeled "A: DECISION SECTION"*

Exhibit RF-17. Two page SF 50-B Notification of Personnel Action
        for Frasure, Joanne E. - Nature of Action
        "Removal"  effective date 5/19/2000, **social
        security number redacted.**

Exhibit RF-18. Two page letter signed by Paul J. McCool to Ms.
        Joanne E. Frasure, dated May 12, 2000, "Subject:
        Removal" - stamped "Human Resources Copy."  FedEx

         Tracking Information on last page of letter, signed by V. Christensen on 5/12/2000.

    Exhibit RF-19. One page FedEx tracking results printout dated 5/15/2000.

    Exhibit RF-20. One page entitled "Douglas Factors Statement, Proposed Removal, Joanne Frasure" Prepared and signed by Linda M. Titus, R.N.

4-11-06 Full - Exhibit RF-21. Two pages entitled "Douglas Factors Statement, Proposed Removal, Joanne Frasure" Prepared and signed by Virginia Christensen, also signed by "Reviewing Officials" Margaret Veazey and Paul J. McCool. V.S.

Full 4-11-06 - Exhibit RF-22. One page e-mail printout dated 5/07/00 from Gayatri Rao, Industrial Hygienist, to Virginia L. Christensen, forwarding message from Bernadette R. Montano sent on 11/17/99. Parts **(employee name)** redacted. **With handwritten notation at bottom, as appears in Removal Folder.** V.S.

Full 4-11-06 Exhibit RF-22A. One page e-mail printout dated 5/07/00 from Gayatri Rao, Industrial Hygienist, to Virginia L. Christensen, forwarding message from Bernadette R. Montano sent on 11/17/99. Parts **(employee name)** redacted. **Handwritten notation at bottom redacted.**

4-11-06 Full - Exhibit RF-23. One page "Report of Contact, Joanne Frasure, Ward Clerk" by Linda Titus. V.S.

4-11-06 Full - Exhibit RF-24. One page e-mail printout from Linda Titus to Joanne Frasure with responses from Joanne Frasure, re: meeting scheduled for 3/31/00 at 1:00 p.m. V.S.

4-11-06 Full - Exhibit RF-25. One page "Report of Contact" VA Form 119, re: Joanne Frasure, dated 2/09/00, signed by "**Blase Pierce, RN.**" -V.S.

4-11-06 Full Exhibit RF-26. One page "Report of Contact" dated 4/17/00, Subject: Report of Contact - Joanne Frasure, signed by Bernadette Montano, RN/HNM G4E, copy to Joanne 4/18/00 at 9:25 a.m., regarding making of appointments on Monday morning. -B.M.

4-11-06 Full Exhibit RF-27. One page e-mail print-out from Blase Pierce, RN to B.M.

      Joanne Frasure, with responses, dated 4/17/00. Regarding making of appointments on Monday morning, **patient names redacted**.

4-11-06 -full Exhibit RF-28. One page copy of a Routing and Transmittal Slip -V.S. dated 5/12/00, addressed to President, AFGE Local 1674, signed by Virginia C., re: Decision on Proposed Removal.

4-11-06 full Exhibit RF-29. One page Department of Veterans Affairs -V.S. Memorandum, from AFGE, Local 1674, Subj: Receipt of Evidence File, to Employee Relations, 05B. Signed by Ron Reynolds.

*From section labeled "B: Response Section"*

4-11-06 full Exhibit RF-30. One page signed by Richard N. Daniels, entitled -V.S. "Joanne Frasure - Response to Proposed Removal" dated 4/21/2000, **employee last name redacted**.

4-12-06 full Exhibit RF-31. Four pages entitled "Supplemental Statement of the Case" (Veteran Disability Adjudication), **social security number redacted**.

*From section labeled "C: Proposal Section"*

4-11-06- full Exhibit RF-32. Three page letter on Department of Veterans - B.M. Affairs letterhead dated 3/22/2000, addressed to Ms. Joanne E. Frasure, subject: Proposed Removal (30 Day Notice). Signed by Linda M. Titus, R.N. Stamp in lower right corner of last page for certification by Joanne Frasure with hand-written note by Linda Titus: "employee refused to sign - 3/31/00."

4-11-06- full Exhibit RF-33. One page Department of Veterans Affairs V.S. Memorandum, from AFGE, Local 1674, Subj: Receipt of Evidence File, to Employee Relations, 05B. Signed by Ron Reynolds on 4/4/00.

*From section labeled "D1: Failure to Respond to Request for Medical Information"*

Exhibit RF-34. Fax confirmation sheet for four-page fax from Virginia Christensen to Karen Kubic dated 12/3/99.

5

*full 4-11-06* Exhibit RF-35. Two page e-mail printout, from Virginia L. *VS* Christensen to Linda Titus, with responses, dated **16 Nov 99, printed** 11/23/99. Subject: No response - what action?, **employee name redacted.**

*full 4-11-06* Exhibit RF-36. One page e-mail printout, from Virginia L. *VS* Christensen to Esther Nash, M.D. dated 11/12/99, Subject: Frasure response, **with handwritten notation at bottom dated 11/16/99.**

*full 4-11-06* Exhibit RF-37. Two page letter on Department of Veterans Affairs *VS* Letterhead, dated 10/28/99, to Ms. Joanne E. Frasure, from Nancy K. Cabanas, SUBJ: Determination of Ability to Perform Essential Duty Functions. Certification in lower right-hand corner signed by Joanne Frasure on 11/1/99. With enclosed "Release of Information" form.

Exhibit RF-38. One page, **Form** OF-8, Transfer from MAS to Nursing *J.F.* Service, signed by Gerald Beccia on 2/1/95, Margo Veazey on 2/1/95, Kevin R. Brown on 2/2/95 and certified received by Joanne Frasure on 4/19/99.

*4-13-06 Full* Exhibit RF-39. Four page document entitled "Ward Clerk (Health Unit Coordinator); Nursing Service, PD # 1918A, GS-679-5."

*4-12-06 full* Exhibit RF-40. One page document entitled "Performance Standards GS-5 Medical Clerk." Certified received by Joanne Frasure on 4/19/99.

*From Section labeled "D2: Inability to Perform Essential Functions of Position"*

Exhibit RF-41. One page, handwritten on Department of Veterans *J.F.* Affairs letterhead, dated 8/24/98, Re: Joanne Frasure, signed by **(illegible), M.D., second handwritten note dated ___ 98 signed by** Jonathan Graver, M.D., **social security number redacted.**

Exhibit RF-42. One page, handwritten note, dated 8/24/98 and *J.F.* 2/25/99, Re: Joanne Frasure, signed by (illegible) M.D., **third handwritten note dated 9/29/99 by Dr. P. Ali-S____, M.D., social security number redacted.**

6

Full - 4/11/06   Exhibit RF-43.   One page e-mail print-out from Virginia -B.M
Christensen to Kathleen Yuckienuz, Bernadette
Montano, Joe Castrodonatti, and Steve Sloane,
dated 9/15/99, Subj: Joanne Frasure Undue Burden

4/11/06 - Full   Exhibit RF-44.   One page handwritten note to "Virginia" from Steve V.S
Sloane.

4/11/06 Full   Exhibit RF-45.   One page print-out entitled "AQS Case Query by V.S.
Name" dated 1/13/00, **social security number
redacted**.

4/11/06 Full   Exhibit RF-46.   Two page print-out entitled "AQS Injured Worker V.S.
Case Query," name: Joanne E. Frasure, dated
1/13/00, **social security number redacted**.

4/10/06 - Full   Exhibit RF-47.   One page print-out entitled "AQS Injured Worker V.S.
Case Query," name Joanne E. Frasure, dated
1/13/00, **social security number redacted**.

*From Section labeled "D3: Disrespectful Conduct Toward
Supervisor"*

Full   Exhibit RF-48.   One page "Report of Contact" by Linda Titus dated J-F.
**12/17/99, signed** 12/20/99, re: Disability
Retirement letter.

4/10/06 - Full   Exhibit RF-49.   One page "Report of Contact" by Linda Titus dated -L.T.
12/20/99 re: Interviews for Patient Service
Assistant.

4/11/06 - Full   Exhibit RF-50.   One page typed and hand-written document dated -B.M.
1/7/00, from Bernadette Montano, Subj: Report of
Contact - Joanne Frasure, regarding entering of
transfers into computer.

4/11/06 Full   Exhibit RF-51.   One page e-mail print-out from Bernadette Montano
to "Ralph/Rachel" Subj: Follow-up: Entering of
transfers into the Computer.

4/11/06 Full   Exhibit RF-52.   One page e-mail print-out from Bernadette Montano
to Joanne Frasure, dated 1/13/00, Subj: Transfer
of Patients.

Full   Exhibit RF-53.   One page memo dated 7/22/99 Subject: ROC w/JoAnne T.F
Frasure/G4E, to Linda Titus, from Linda Sheehan.

7

*Full*   Regarding refusal to answer question.

*Full* Exhibit RF-54. One page memo dated 7/28/99 Subject: Meeting with J.F. JoAnne Frasure, Miriam Williamson, Bernadette Montano, signed by Linda Sheehan. Regarding hostility concerning Lead Medical Clerk appointment of Linda Sheehan.

*Full* Exhibit RF-55. One page memo dated 10/29/99 Subject: ROC w/Joanne J.F. Frasure, from Linda Sheehan to Linda Titus. Regarding hostility by Joanne Frasure.

*4/12/06 full* Exhibit RF-56. One page memo dated 11/2/99, Subject: Meeting with Joanne Frasure, Linda Titus, Linda Sheehan, John Dynan [sic], Ardie Gooch. Signed by Linda Sheehan. Regarding hostility between Joanne Frasure and Linda Sheehan.

*Full* Exhibit RF-57. One page memo dated 11/15/99, From Linda Sheehan J.F. to Linda Titus, Subj: Joanne Frasure. Regarding Joanne Frasure pushing chart rack into her.

*4/12/06 full* Exhibit RF-58. One page e-mail print-out dated 12/30/99 from L.S. Linda Sheehan to Linda Titus, Subj: ROC w/J. Frasure. Regarding another incident with Frasure.

*Full* Exhibit RF-59. One page memo dated 12/30/99 from Linda Sheehan to J.F. Linda Titus, Subj: Joanne Frasure. Regarding another incident with Frasure.

Exhibit RF-60. One page e-mail print-out dated **12/30/99, printed** 1/10/00 from Ann Wernicke to Linda Sheehan, Subj: Admission correction, **patient name redacted.**

*Full* Exhibit RF-61. One page Department of Veterans Affairs Report of J.F. Contact dated 1/13/00 from **Mirta** Rosa, RN to Bernadette Montano. Regarding Frasure's refusal to talk to patient on phone. **Patient name redacted.**

*From Section labeled "D4: Disrespectful Conduct Toward Fellow Employee"*

*full 4/1/06* Exhibit RF-62. One page memo dated 1/4/2000 from Bernadette B.M. Montano, Subj: Report of Contact-Jonathan G****. Regarding hang-up by Joanne Frasure. **Caller/patient name redacted.**

8

4/1/06 -full  Exhibit RF-63.  One page Department of Veterans Affairs Report of -B.M. Contact dated 1/12/00 from Blase Price, RN regarding Joanne Frasure hang-ups and swearing, **caller/patient name redacted**.

4/10/06 -full  Exhibit RF-64.  One page memo dated 1/12/00 by Linda Titus, Report L.T. of Contact, Jonathan G**** report of hang-up and swearing by Joanne Frasure, **caller/patient name redacted**.

*From Section labeled "E: Regulation Section"*

Exhibit RF-65.  Three page Department of Veterans Affairs — J.F. Healthcare System Policy No. 05-44 dated September 20, 1999, entitled "Employee Conduct and Workplace Relationships." Last page is Attachment A "Department of Veterans Affairs Regulations Concerning Conduct and Ethics."

Exhibit RF-66.  Two pages entitled "IV. Employee Rights and -J.F. Responsibilities" and "'CORE VALUES.'"

*From Section labeled "F: Disability Retirement Opportunity"*

4/10-06 -full  Exhibit RF-67.  One page memo, Report of Contact, Joanne Frasure, -L.T. by Linda Titus, dated **12/17/99, signed** 12/20/99. Regarding Disability Retirement presentation to Joanne Frasure.

4/10/06 -full  Exhibit RF-68.  One page letter on Department of Veterans Affairs -L.T. letterhead, dated December 16, 1999 from Nancy K. Cabanas to Ms. Joanne E. Frasure, SUBJ: Disability Retirement. Note in lower right hand corner that Joanne Frasure refused to sign the certification that she received a copy of the letter.

4-11-06 -full- Exhibit RF-69.  One page, copy of aforementioned letter, without V.S. certification section.

4/10-06 -full- Exhibit RF-70.  One page print-out, Joanne Frasure, annual salary -L.T. for the period 11/02/1996 to 11/01/1999.

4-10-06 full -Exhibit RF-71.  Three page print-out, FERS Employee Data for L.T. Joanne Frasure.

4-10-06 full -Exhibit RF-72.  One page print-out, Retirement Service Computation L.T. Date for Joanne Frasure.

4-10-06 -full  Exhibit RF-73.  Copy of 87 page brochure entitled "Disability L.T. Retirement Law for Federal Government Employees."

*From Section labeled "G: Past Discipline Section"*

4-11-06 -full Exhibit RF-74.  One page letter on Department of Veterans Affairs B.M. letterhead, dated 8/18/99 from Linda M. Titus to Joanne Frasure, Subject: Proposed Reprimand (14 Day Notice). Certification section in lower right-hand corner signed and dated by Joanne Frasure on 8/18/99.

Exhibit RF-75.  One page letter on Department of Veterans Affairs letterhead, no date, from Linda M. Titus to Joanne Frasure, Subject: Reprimand. Certification section in lower right-hand corner signed and dated by Joanne Frasure on 9/2/99.

[End of Removal Folder exhibits]

Exhibit VA-76.  Selection Certificate Memorandum (to GS-6) from Linda Titus re Certificate for Lead Medical Clerk, MPA no. 99-63, dated April 16, 1999.

Exhibit VA-77.  Selection Certificate Memorandum (to GS-7) from Linda Titus, ACNS, re Certificate for Lead Medical Clerk, MPA no. 99-63, dated April 16, 1999.

Exhibit VA-78.  Workstation assessment by Gayatri Rao. **[withdrawn]**

4-13-0 -full Exhibit VA-79.  Email from Linda Sheehan to Linda Titus re Ms. Frasure dated February 3, 2000.

4-11-06 -full Exhibit VA-80.  Report of Contact by Bernadette Montano re B.M. Jonathan G**** dated May 16, 2000, **caller/patient name redacted.**

4-11-06 -full Exhibit VA-81.  Handwritten notes by Virginia Christensen re Linda Titus comments on Plaintiff's removal response dated May 1, **employee names redacted.**

Exhibit VA-82.  Initial Contact Sheet, Office of Resolution Management, dated November 29, 1999 (2 pages).

Exhibit VA-83.  Social Security Benefits application, Joanne Frasure. **[withdrawn]**

10

Exhibit VA-84. Social Security Benefits summary, Joanne Frasure. **[withdrawn]**

Exhibit VA-85. List titled "What I Need To Return To Work To Feel Whole Again" signed by Joanne Frasure, undated, 1 page.

Exhibit VA-86. Nursing Service Master Staffing Roster dated August 30, 1999, 15 pages.

Exhibit VA-87. Organization chart, VA Connecticut Healthcare System, 1 page.

Exhibit VA-88. Nursing Service Organizational Chart, VA Connecticut Healthcare System, 1 page.

**Exhibit VA-89. Chart rack.**

**Exhibit VA-90. Photograph, chart rack.**

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
> CAROLYN A. IKARI
> ASSISTANT U.S. ATTORNEY
> 450 Main Street, Rm. 328
> Hartford, Connecticut 06103
> (860) 947-1101
> Fed. Bar No. ct13437

11

CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing has been sent via facsimile and first class mail, postage prepaid, this 3rd day of April, 2006, to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, Connecticut  06604
facsimile: (203) 337-4588

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY