UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOANNE E. FRASURE,

      Plaintiff,

v.    No. 3:00 CV 2407 (WIG)

R. JAMES NICHOLSON,
SECRETARY OF VETERANS AFFAIRS,    April 13, 2006

      Defendant.

## SPECIAL VERDICT FORM

*The jury must unanimously agree on the answers to all of the questions.*

*Please answer the following questions in order:*

I. LIABILITY

    A. Disability Discrimination

    1.    Has the plaintiff, Joanne Frasure, proven by a preponderance of the evidence that she was qualified to perform the essential functions of her position as Medical Clerk, with or without reasonable accommodation?

        Yes _____    No __✓__

*If you answered "yes" to Question 1, go to Question 2. If you answered "no" to Question 1, proceed to Question 3.*

    2.    Has the plaintiff, Joanne Frasure, proven by a preponderance of the evidence that her disability was a substantial or motivating factor in the decision of the defendant, the Department of Veterans Affairs, to terminate her employment as a Medical Clerk?

        Yes _____    No _____

*Go to Question 3.*

1

B. Unlawful Retaliation

3.  Has the plaintiff, Joanne Frasure, proven by a preponderance of the evidence that retaliation against her for filing a grievance or complaint of discrimination was a substantial or motivating factor in the decision of the defendant, the Department of Veterans Affairs, to terminate her employment as a Medical Clerk?

Yes _____    No ✓

*If you answered "yes" to Question 2 or 3, go to Question 4. If you answered "no" to both Questions 2 and 3, you have finished with your deliberations and do not need to answer any more questions. The foreperson should sign and date the Verdict Form.*

## II. DAMAGES

4.  Has the plaintiff, Joanne Frasure, proven by a preponderance of the evidence that she suffered damages, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses, due to the intentional discrimination by the defendant, the Department of Veterans Affairs, and/or due to unlawful retaliation by the defendant, the Department of Veterans Affairs, against the plaintiff?

Yes _____    No _____

*If you answered "yes" to Question 4, please answer Question 5. If you answered "no" to Question 4, you have completed your deliberations and the foreperson should sign and date the Verdict Form.*

5.  What amount of damages do you award the plaintiff, Joanne Frasure against the defendant, the Department of Veterans Affairs, to compensate her for those losses?

$ _____

*You have completed your deliberations. The foreperson should sign and date the Verdict Form.*

Date: 4/13/2006

_____
Foreperson of the Jury

2