UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOANNE E. FRASURE

    v.                                             3:00cv2407(WIG)

R. JAMES NICHOLSON, SECRETARY
OF THE DEPT. OF VETERAN AFFAIRS

## JUDGMENT

This matter came on for trial before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was filed on December 13, 2001. On April 13, 2006 after deliberation, the jury returned a verdict for the defendant and against the plaintiff.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of April, 2006.

                                                                     KEVIN F. ROWE, Clerk

                                                                      By /s/_____
                                                                             Deputy Clerk

Entered on Docket _____